AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Sit Means Sit Franchise, Inc.

                                                                  **JUDGMENT IN A CIVIL CASE**

                    Plaintiffs,

    v.                                                          Case Number:    2:23-cv-01464-CDS-DJA

SMSHTX, LLC et al

                    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

IT IS FURTHER ORDERED that SMS is entitled to an award of liquidated damages in the amount of $46,800.

JUDGMENT entered in favor of SMS and against SMS Houston, SMS NC, and Hamid Parvizian as follows: SMS NC is jointly and severally liable for $15,600, SMS Houston is jointly and severally liable for $31,200; and Parvizian is jointly and severally liable for $46,800.

In addition to the liquidated damages awarded above, SMS is entitled to an award of attorneys' fees and non-taxable costs.

Judgment entered in favor of SMS and against SMS Houston, SMS NC, and Hamid Parvizian, jointly and severally, in the additional amount of $74,520.07.

| | |
|---|---|
| 06/26/2024 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Zamora |
| | Deputy Clerk |